UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

_____

No. 15-2187

_____

AGUEDITA ORDONEZ-TEVALAN;
JULIO GONZALEZ ORDONEZ,
                                                  Petitioners

v.

ATTORNEY GENERAL OF THE UNITED STATES OF
AMERICA,
                                Respondents
_____
On Petition for Review of Decisions
and Orders of the Board of Immigration Appeals

(BIA-1 : A206-637-211)
(BIA-1 : A206-795-327)
Immigration Judge: Andrew R. Arthur

_____

SUR PETITION FOR PANEL REHEARING

_____

Present:  JORDAN, GREENBERG, and SCIRCIA, <u>Circuit</u> <u>Judges</u>

The petition for rehearing filed by petitioners in the above-entitled case

having been submitted to the judges who participated in the decision of this Court, it is

hereby

O R D E R E D that the petition for rehearing by the panel is granted.  The opinion and judgment filed on June 23, 2016, is hereby VACATED and a revised opinion and judgment shall be issued.  Insofar as the panel has vacated the prior opinion and judgment, no action need be taken by the en banc court.

BY THE COURT:

s/ Morton I. Greenberg
Circuit Judge

DATED:      September 21, 2016